**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | VILLA PARK MANSION LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | None |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-0551136 |
| 4. | Debtor's address | **Principal place of business**  18462 Villa Drive  Number   Street  Villa Park   CA   92861  City   State   ZIP Code  Orange  County  **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  Villa Park  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| 5. | Debtor's website (URL) | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    VILLA PARK MANSION LLC                                    Case number (*if known*)_____
         ―――――――――――――――――――――――
         Name

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor  **VILLA PARK MANSION LLC**                            Case number (if known) _____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☑ No
   ☐ Yes.   District _____  When _____  Case number _____
                                  MM / DD / YYYY
   If more than 2 cases, attach a separate list.
            District _____  When _____  Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☑ No
    ☐ Yes.   Debtor _____  Relationship _____
             District _____  When _____
                                         MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
             Case number, if known _____

11. **Why is the case filed in *this district*?**
    Check all that apply:
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ☐ No
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☑ Other  **being foreclosed by senior lien holder**
    
    Where is the property?  **18462 Villa Drive**
                            Number    Street
    
                            **Villa Park**                        **CA**    **92861**
                            City                                  State    ZIP Code
    
    **Is the property insured?**
    ☑ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Debtor  VILLA PARK MANSION LLC _____   Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/2023
MM / DD / YYYY

X _____     TUONG MINH NGUYEN
Signature of authorized representative of debtor     Printed name

Title  Manager

Debtor **VILLA PARK MANSION LLC**
Name

Case number (if known) _____

**18. Signature of attorney**

✘ /s/ Stella K Park
Signature of attorney for debtor

Date 10/24/2023
MM / DD / YYYY

Stella K. Park
Printed name

Law Offices of Park and Zheng
Firm name

6 Venture, Ste 265
Number    Street

Irvine
City

CA
State

92618
ZIP Code

949-679-3372
Contact phone

spark@parkandzheng.com
Email address

152659
Bar number

CA
State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Stella K. Park, Esq., 152659<br>Yalan Zheng, Esq, 241294<br>yzheng@parkandzheng.com<br>Law Offices of Park & Zheng<br>6 Venture, Ste 265<br>Irvine, CA 92618<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Villa Park Mansion LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 10/24/2023

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

CAMANNA LLC
6535 Wilshire Blvd Suite 206
Los Angeles, CA 90048


PDA Inc.
10055 Slater Ave Suite 216
Fountain Valley, CA 92708


Green Lotus LLC
8892 Cliffside Drive
Huntington Beach, CA 92646