SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
85 Argonaut, Suite 202
Aliso Viejo, CA 95626
Telephone: (949) 263-8757
Facsimile: (949) 308-7373
jscheer@scheerlawgroup.com
GL.200-004S

Attorneys for
Green Lotus Group, LLC, a California Limited Liability Company, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Villa Park Mansion, LLC,<br><br>Debtor. | Bk. No. 8:23-bk-12204-SC<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND TIME FOR CREDITOR GREEN LOTUS GROUP, LLC TO OPPOSE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING THE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f), SUBJECT TO OVERBIDS, COMBINED WITH NOTICE OF BIDDING PROCEDURES AND REQUEST FOR APPROVAL OF THE BIDDING PROCEDURES UTILIZED; (2) APPROVING PAYMENT OF REAL ESTATE COMMISSION AND OTHER COSTS; AND (3) GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date: April 30, 2024<br>Time: 11:00 AM<br>Location: 411 West Fourth Street<br>          Santa Ana, CA 92701<br>          Courtroom 5c |

1

**TO:    THE HONORABLE SCOT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE AND ALL OTHER INTERESTED PARTIES**

Green Lotus Group, LLC, a California Limited Liability Company, its successors and/or assignees ("**Green Lotus**"), through its counsel, Joshua L. Scheer of Scheer Law Group, LLP and Richard A. Marshack, the duly appointed and acting Chapter 7 Trustee of the above-entitled bankruptcy estate ("**Trustee**") through his counsel, Melissa David Lowe, of Shulman Bastian Friedman & Bui LLP, hereby agree and stipulate that the following may be entered in an order by the court:

## I. RECITALS

A.    Green Lotus is the current payee of a Note dated July 5, 2022 in the principal amount of $700,000, on which it asserts it is secured by a Deed of Trust of same date executed and recorded in Orange County related to real property located at 18462 Villa Drive, Villa Park, CA 92861 (the "**Property**"). Green Lotus is also the current payee of a Note dated October 17, 2022 in the principal amount of $200,000, on which it asserts it is secured by a Deed of Trust of same date executed and recorded in Orange County.

B.    On October 25, 2023, the Debtor, Villa Park Mansion LLC, ("**Debtor**") filed a voluntary Chapter 7 bankruptcy petition. On the same day, Richard A. Marshack was appointed Chapter 7 trustee ("**Trustee**") of the Debtor's bankruptcy estate

C.    On April 9, 2024, the Trustee filed a Motion For Order: (1) Approving The Sale Of Real Property Of The Estate Free And Clear Of Liens Pursuant To Bankruptcy Code §§ 363(B)(1) And (F), Subject To Overbids, Combined With Notice Of Bidding Procedures And Request For Approval Of The Bidding Procedures Utilized; (2) Approving Payment Of Real Estate Commission And Other Costs; And (3) Granting Related Relief ("**Sale Motion**").

D.    The Sale Motion seeks to sell the Property free and clear of Green Lotus' liens pursuant to 11 U.S.C. 363(b)(1) and (f)(4).  Green Lotus opposes the Sale Motion on various grounds, but is investigating the matter and working with the Trustee to see if a voluntary resolution can be reached without incurring extensive fees on both sides.

E.  The Sale Motion is set to be heard on April 30, 2024 and the current deadline for opposition papers to be filed with the court and a copy served upon Trustee or Trustee's attorney is April 16, 2024. The current deadline for Trustee to file and serve any reply is April 23, 2024.

## II. STIPULATION

1.  IT IS STIPULATED that the deadline for opposition papers to be filed by Green Lotus with the court and a copy served upon Trustee or Trustee's attorney is extended to April 19, 2024. The deadline for Trustee to file and serve any reply is extended to April 25, 2024.

2.  IT IS FURTHER STIPULATED that the above extension shall not affect the April 30, 2024 hearing date for the Sale Motion, or any other deadlines in this matter, which shall remain unchanged.

_____      DATED: 4/12/2024
MELISSA DAVIS LOWE
COUNSEL FOR TRUSTEE


/s/ Joshua L. Scheer                                      DATED: 4/12/2024
JOSHUA L. SCHEER
COUNSEL FOR GREEN LOTUS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

85 Argonaut, Suite 202, Aliso Viejo, CA 92656

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO EXTEND TIME FOR CREDITOR GREEN LOTUS GROUP, LLC TO OPPOSE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING THE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f), SUBJECT TO OVERBIDS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/12/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Coby Halavais, coby@halavaislaw.com; Melissa David Lowe, mlowe@shulmanbastian.com; Joshua L. Scheer, jscheer@scheerlawgroup.com; Trustee: Richard A. Marshack, pkraus@marshackhays.com; US Trustee, ustpregion16.sa.ecf@usdoj.gov; Debtor's Attorney: Stella K. Park, spark@parkandzheng.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/12/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Villa Park Mansion, LLC, 18462 Villa Drive, Villa Park, CA 92861
Debtor's Attorney: Stella K. Park, 6 Venture, Ste 265, Irvine, CA 92618
Trustee: Richard A Marshack, 870 Roosevelt, Irvine, CA 92620
Trustee's Attorney: Melissa Davis Lowe, 100 Spectrum Ctr Dr Ste 600, Irvine, CA 92618
Judge's Copy: Honorable Scott C. Clarkson, United States Bankruptcy Court, 411 W. Fourth Street, Suite 5130, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/12/2024 | Raquel Veloz | /s/ Raquel Veloz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**