Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    LShulman@shulmanbastian.com;
    MLowe@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**VILLA PARK MANSION LLC,**<br><br>Debtor. | Case No.  8:23-bk-12204-SC<br><br>Chapter  7<br><br>**DECLARATION OF MELISSA DAVIS LOWE REGARDING TELEPHONIC NOTICE OF HEARING ON THE CHAPTER 7 TRUSTEE'S OMNIBUS MOTION FOR ORDER APPROVING COMPROMISE OF DISPUTES BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND:**<br><br>**(1) Camanna LLC;**<br>**(2) PDA Inc.; and**<br>**(3) Green Lotus Group LLC**<br><br>Date: May 14, 2024<br>Time: 11:00 a.m.<br>Place: Courtroom 5C – Via Zoom[1]<br>    United States Bankruptcy Court<br>    411 W. Fourth Street<br>    Santa Ana, CA 92701 |

///

///

///

---

[1] Accessibility information will be provided by the Court in its tentative ruling prior to the hearing, and direct parties to obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

## DECLARATION OF MELISSA DAVIS LOWE

I, Melissa Davis Lowe, declare as follows:

1.    The matters stated here are true and correct and within my personal knowledge. If called as a witness, I could and would competently testify thereto. I am a partner of Shulman Bastian Friedman & Bui LLP, counsel to Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 trustee for the bankruptcy estate of In re Villa Park Mansion LLC. I am admitted to practice before this Court.

2.    On May 8, 2024 at approximately 10:53 a.m., I telephoned Queenie Ng at the Office of the United States Trustee, (202) 503-5982. I left a message for Ms. Ng advising that a hearing on the Chapter 7 Trustee's Omnibus Motion for Order Approving Compromise of Disputes By and Between the Chapter 7 Trustee and: (1) Camanna LLC; (2) PDA Inc.; and (3) Green Lotus Group LLC ("Motion") was scheduled for May 14, 2024 at 11:00 a.m., in Courtroom 5C (via Zoom). I also advised that any response/objection to the Motion was due at the hearing. I then followed up with an e-mail to Ms. Ng attaching the Motion, the Order, and the Notice of Hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May, 2024, at Irvine, California.

                                                   /s/ *Melissa Davis Lowe*
                                                   Melissa Davis Lowe

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MELISSA DAVIS LOWE REGARDING TELEPHONIC NOTICE OF HEARING ON THE CHAPTER 7 TRUSTEE'S OMNIBUS MOTION FOR ORDER APPROVING COMPROMISE OF DISPUTES BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND: (1) Camanna LLC; (2) PDA Inc.; and (3) Green Lotus Group LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Interested Party**:  Coby Halavais    coby@halavaislaw.com
- **Attorney for Trustee**:  Melissa Davis Lowe    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Chapter 7 Trustee**:  Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Attorney for Debtor**:  Stella K Park    spark@parkandzheng.com, yzheng@parkandzheng.com
- **Attorney for Green Lotus Group, LLC**:  Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Interested Party**:  United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 8, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy (via Personal Delivery)**
U.S. Bankruptcy Court
Attn:  Honorable Scott C. Clarkson
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2024 | Erlanna Lohayza | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**