Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    LShulman@shulmanbastian.com;
    MLowe@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

MAY 14 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**VILLA PARK MANSION LLC,**<br><br>Debtor. | Case No.  8:23-bk-12204-SC<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION AND APPROVING COMPROMISE OF DISPUTES BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND:**<br><br>**(1) Camanna LLC;**<br>**(2) PDA Inc.; and**<br>**(3) Green Lotus Group LLC**<br><br>**Hearing Date:**<br>Date:    May 14, 2024<br>Time:    11:00 a.m.<br>Place:    Courtroom 5C – Via Zoom<br>    United States Bankruptcy Court<br>    411 W. Fourth Street<br>    Santa Ana, CA 92701 |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6839-000 Compromise Motion (Secured Claims) - Order

On May 14, 2024 at 11:00 a.m., the Honorable Scott C. Clarkson, United States Bankruptcy Judge presiding, the Court held a hearing on the Omnibus Motion for Order Approving Compromise of Disputes By and Between the Chapter 7 Trustee and: (1) Camanna LLC; (2) PDA Inc.; and (3) Green Lotus Group LLC ("Motion") [docket number 52] filed by Richard A. Marshack ("Trustee"), solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Villa Park Mansion LLC.

The Trustee appeared through his counsel, Melissa Davis Lowe of Shulman Bastian Friedman & Bui LLP. The Trustee was also present. All other parties appeared as reflected in the Court's record.

Having given due consideration to the Motion, the declarations and other evidence submitted in support thereof, the record and proceedings in the Debtor's bankruptcy case, the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing, the Court hereby

**ORDERS AS FOLLOWS:**

1. The Motion is granted.

2. The stipulation with Camanna LLC attached as Exhibit 1 to the Declaration of Richard A. Marshack in support of the Motion is approved.

3. The stipulation with PDA Inc. attached as Exhibit 2 to the Declaration of Richard A. Marshack in support of the Motion is approved.

4. The stipulation with Green Lotus Group LLP attached as Exhibit 3 to the Declaration of Richard A. Marshack in support of the Motion is approved.[1]

5. The Trustee is authorized to execute any documents necessary to carry out the provisions as contemplated in the Stipulations.

Date: May 14, 2024

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] The stipulations attached to the Declaration of Richard A. Marshack in support of the Motion as Exhibit 1 through 3 are collectively referred to below as the "Stipulations."