Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt Avenue
Irvine, CA 92620
pkraus@marshackhays.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:     Villa Park Mansion LLC                          § Case No. 8:23-bk-12204-SC
                                                            §
                                                            §
Debtor(s)                                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Richard A. Marshack, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U S Bankruptcy Court
Ronald Reagan Federal Building & U S Courthouse
411 West Fourth Street, Suite 2030
Santa Ana, CA  92701-4593

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00 a.m. on November 19, 2025. Judge Clarkson will continue to hold the majority of hearings using ZoomGov audio and video. Please see the separately published NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information. ZoomGov accessibility information will be provided by the Court in its tentative ruling prior to the hearing. You may also find information at (https://www.cacb.uscourts.gov). Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 10/22/2025          By: /s/ Richard A. Marshack
                                                          Trustee

Richard A. Marshack
870 Roosevelt Avenue
Irvine, CA  92620
(949) 333-7777
pkraus@marshackhays.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:   Villa Park Mansion LLC   § Case No. 8:23-bk-12204-SC
§
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 3,449,684.81 |
| *and approved disbursements of* | $ | 3,213,478.24 |
| *leaving a balance on hand of* [1] | $ | 236,206.57 |
| **Balance on hand:** | $ | 236,206.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | PDA Inc. | 235,907.76 | 200,000.00 | 200,000.00 | 0.00 |
| 3 | Camanna, LLC | 2,230,699.14 | 2,402,704.18 | 2,402,704.18 | 0.00 |
| 4-2 | Green Lotus Group, LLC | 818,395.89 | 400,000.00 | 400,000.00 | 0.00 |
| 5 | Green Lotus Group, LLC | 200,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   236,206.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard A. Marshack | 126,740.54 | 0.00 | 126,740.54 |
| Trustee, Expenses - Richard A. Marshack | 493.90 | 0.00 | 493.90 |
| Attorney for Trustee, Fees - Shulman Bastian Friedman & Bui LLP | 51,706.50 | 0.00 | 51,706.50 |
| Attorney for Trustee, Expenses - Shulman Bastian Friedman & Bui LLP | 859.35 | 0.00 | 859.35 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee, Fees - Hahn Fife & Company, LLP | 4,028.00 | 0.00 | 4,028.00 |
| Other, Expenses - Franchise Tax Board | 800.00 | 0.00 | 800.00 |
| Other, Expenses - Hahn Fife & Company, LLP | 447.80 | 0.00 | 447.80 |

Total to be paid for chapter 7 administration expenses: $ 185,076.09
Remaining balance: $ 51,130.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 51,130.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | Franchise Tax Board | 18.42 | 0.00 | 18.42 |

Total to be paid for priority claims: $ 18.42
Remaining balance: $ 51,112.06

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $418,395.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.216 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4-2 | Green Lotus Group, LLC | 418,395.89 | 0.00 | 51,112.06 |

Total to be paid for timely general unsecured claims: $ 51,112.06
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Richard A. Marshack
Trustee

Richard A. Marshack
870 Roosevelt Avenue
Irvine, CA  92620
(949) 333-7777
pkraus@marshackhays.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**